The People of the State of Illinois, defendant in error, v. Selso Cruz et al., plaintiffs in error.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

Charles A. Karch, D. E. Keefe and Philip G. Listeman, for plaintiffs in error. H. C. Lindauer, state's attorney, for defendant in error; Curt C. Lindauer and John T. Thomas, assistant state's attorneys, of counsel.

Mr. Justice Newhall delivered the opinion of the court.

E. S. Bundy and D. W. Stull, defendants in error, v. Leo I. Dwyer, plaintiff in error.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

D. F. Moore and John A. Logan, for plaintiff in error. Moses Pulverman and Tillman B. Cantrell, for defendants in error.

Mr. Justice Newhall delivered the opinion of the court.

Anna Read, appellee, v. Terminal Railroad Association of St. Louis, appellant.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

Nora Scherpe, appellee, v. George M. Miller, appellant.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

John C. Roberts and R. E. Costello, for appellant; Roger E. Chapin, of counsel. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

Jesse Sutton, appellee, v. Home Insurance Company, appellant.

Heard in this court at the October term, 1928. Opinion filed February 1, 1929. Rehearing denied February 26, 1929.

B. O. Sumner, for appellant. Gee & Gee, for appellee.

Mr. Justice Newhall delivered the opinion of the court.